# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LUCRETIA SMITH, | : | No. 7 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the "Petition for Leave to File for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.